October 14, 1976.

APPEAL No. 76-295. HARRY MOREIN *v.* ARLINE R. GUADAGNO. Motion of plaintiff to dismiss appeal of defendant is granted.

Paolino, J. did not participate. *Leonard A. Kamaras,* for plaintiff. *Joseph A. Capineri,* for defendant.